**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00277-CR

### MARIA CEGUDA PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court-Auxiliary Court No. 4B
### Dallas County, Texas
### Trial Court Cause No. TR-12-33781

## ORDER

This appeal is from the trial court's finding appellant guilty of the Class C misdemeanor offense of contributing to her child's truancy and assessing a $120 fine. We have received correspondence from the trial court stating that there is no reporter's record. Appellant, who is representing herself in this appeal, has not filed a brief.

Accordingly, we **ORDER** appellant to file her brief by **SEPTEMBER 23, 2013**. If appellant's brief is not filed by the date specified, the Court will order the appeal submitted without appellant's brief. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Maria Ceguda Perez, 5334 Kiamesha Way, Mesquite, Texas 75150.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.


/s/ DAVID EVANS
JUSTICE